1 Vanessa R. Waldref
2 United States Attorney
  Eastern District of Washington
3 Stephanie Van Marter
4 Assistant United States Attorney
  Post Office Box 1494
5 Spokane, WA 99210-1494
6 Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 02 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCELINO FLORES,<br>MATTHEW YOUNG, and<br>BAILEY RENEE NELSON,<br><br>Defendants. | 4:21-CR-6036-SAB<br><br>SUPERSEDING INDICTMENT<br><br>Vio.: 21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B)(vi) and 846<br>Conspiracy to Distribute 40 Grams or More of Fentanyl<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Distribution of Fentanyl<br>(Count 2)<br><br>21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(vi)<br>Possession with Intent to Distribute 40 Grams or More of Fentanyl<br>(Count 3)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>and 18 U.S.C. § 2<br>Possession with Intent to Distribute Fentanyl and Aiding and Abetting the Same<br>(Count 4) |

SUPERSEDING INDICTMENT – 1

|   |   |
|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2 |
| 2 | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine and Aiding and Abetting the Same (Count 5) |

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2
Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine and Aiding and Abetting the Same (Count 5)

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but no later than July 2021, and continuing until on or about October 14, 2021, in the Eastern District of Washington and elsewhere, the Defendants, MARCELINO FLORES, MATTHEW YOUNG, BAILEY RENEE NELSON, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), and 846.

## COUNT 2

On or about July 8, 2021, in the Eastern District of Washington, the Defendant, MARCELINO FLORES, knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

SUPERSEDING INDICTMENT – 2

piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about October 12, 2021, in the Eastern District of Washington, the Defendant, MARCELINO FLORES, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 4

On or about October 14, 2021, in the Eastern District of Washington, the Defendants, MATTHEW YOUNG and BAILEY RENEE NELSON, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and aided and abetted the same, in violation of 18 U.S.C. § 2.

## COUNT 5

On or about October 14, 2021, in the Eastern District of Washington, the Defendants, MATTHEW YOUNG and BAILEY RENEE NELSON, knowingly

SUPERSEDING INDICTMENT – 3

and intentionally possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and aided and abetted the same, in violation of 18 U.S.C. § 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841, as charged in this Superseding Indictment, Defendants, MARCELINO FLORES, MATTHEW YOUNG, and BAILEY RENEE NELSON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The assets to be forfeited include, but are not limited to:

DEFENDANT MARCELINO FLORES

- $26,752.00 U.S. Currency (Counts 1 and 3);

- $16,360.00 U.S. Currency (Counts 1 and 3);

- an XD, Model 2, black and silver .45 caliber sub compact Pistol Serial No.: SNGM475526 (Counts 1 and 3); and,

- a CMMG, Model 65233, .45 caliber short-barreled rifle, Serial No.: FHR00400 (AR style) (Counts 1 and 3).

SUPERSEDING INDICTMENT – 4

If any forfeitable property, as a result of any act or omission of the Defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED: this 2 day of November 2021.

A TRUE BILL

Foreperson

_/s/ Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_/s/ Stephanie Van Marter_
Stephanie Van Marter
Assistant United States Attorney

SUPERSEDING INDICTMENT – 5