FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

2/7/22

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW YOUNG,<br><br>Defendant. | No. 4:21-CR-06036-SAB-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MODIFYING SPECIAL CONDITION THREE<br><br>ECF No. 113 |

Before the Court, without oral argument, is Defendant's Motion to Modify Conditions of Pretrial Release, ECF No. 113.  Defendant requests modification of his conditions of release to permit him to reside with co-defendant, Bailey Nelson, at her grandfather's residence.  Neither the United States nor United States Probation/Pretrial Services have an objection to this request.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 113**, is **GRANTED**.

ORDER - 1

2. Defendant's Special Condition No. 3 (**ECF No. 112**) is **MODIFIED** to read as follows:

Defendant shall avoid all contact, direct or indirect, with any co-defendants and with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution. The **only** exception is that Defendant may reside with co-defendant, Bailey Nelson. However, Defendant shall not discuss this case with Ms. Nelson.

DATED February 7, 2022

*s/James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2