✎ PS 8
(3/15)

Case 4:21-cr-06036-SAB    ECF No. 200    filed 05/04/23    PageID.733    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2023

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Young, Matthew | Docket No. | 0980 4:21CR06036-SAB-2 |

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Matthew Young, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the court at Yakima, Washington, on the 11th day of January 2022, under the following conditions:

**Standard Condition #6:** Defendant shall report to the U.S. Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On January 12, 2022, a United States Probation Officer reviewed the conditions of pretrial release supervision with Mr. Young, to include standard conditions number 6 and number 9. Mr. Young was referred to Merit Resource Services (Merit) for drug testing.

**Violation #1:** Matthew Young is considered to be in violation of his pretrial release conditions by using a controlled substance, methamphetamine, on or about April 18, 2023.

On April 18, 2023, Mr. Young reported to Merit for drug testing as required. This drug test was presumptive positive for methamphetamine. Merit staff sent this drug test to Abbott Laboratory for confirmation. The probation office later received the drug test report on April 25, 2023, confirming a positive result for amphetamine and methamphetamine.

On May 1, 2023, Mr. Young reported to the probation office as instructed and he denied having used methamphetamine when questioned by the undersigned officer.

**Violation #2:** Matthew Young is considered to be in violation of his pretrial release conditions by using a controlled substance, fentanyl, on or about April 18, 2023.

As mentioned above, Mr. Young completed a drug test at Merit on April 18, 2023, and this drug test was presumptive positive for fentanyl. Merit staff sent this drug test to the Abbott Laboratory for confirmation. The probation office later received the drug test report confirming a positive result for fentanyl.

On May 1, 2023, Mr. Young admitted to the undersigned officer to having used fentanyl earlier on the same day he completed the drug test at Merit on April 18, 2023. Mr. Young signed a drug use admission form.

**Violation #3:** Matthew Young is considered to be in violation of his pretrial release conditions by using a controlled substance, fentanyl, on or about April 26, 2023.

On May 1, 2023, the undersigned officer, during an office visit, questioned Mr. Young about any further drug use than the drug use on April 18, 2023. Mr. Young admitted to having used fentanyl again on or about April 26, 2023. Mr. Young signed a drug use admission form.

**Violation #4:** Matthew Young is considered to be in violation of his pretrial release conditions by failing to report to the probation office on or about April 28, 2023.

On April 27, 2023, the undersigned officer called the defendant to instruct him to report to the probation office the following day on April 28, 2023. The defendant did not answer. The undersigned officer left the defendant a voice message and sent him a text message with the same reporting instructions.

The defendant sent the undersigned officer a text message later that same evening on April 27, 2023, after 8:30 p.m. The defendant reported he did not have good phone service, he was just getting back into town from working, and that he had to be back in Moses Lake in the morning the following day to finish a job. The defendant asked if he could report the following Monday or on the weekend.

On April 28, 2023, Mr. Young did not report to the probation office as instructed. Mr. Young was not given permission to report on a different date. Mr. Young did not attempt to contact the undersigned officer on April 28, 2023, until later that evening via a text message stating he did not have good phone reception and apologizing for not reporting earlier.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    May 3, 2023

by    s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

May 4, 2023

Date