✎ PS 8 (3/15)    Case 4:21-cr-06036-SAB    ECF No. 201    filed 05/30/23    PageID.735    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Young, Matthew      Docket No.      0980 4:21CR06036-SAB-2

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Matthew Young, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the court at Yakima, Washington, on the 11th day of January 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random drug urinalysis testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On January 12, 2022, a United States Probation Officer reviewed the conditions of pretrial release supervision with Mr. Young, to include standard condition number 9 and special condition number 7. Mr. Young was referred to Merit Resource Services (Merit) for drug testing. Mr. Young was instructed to call the color line at Merit daily, Monday through Friday, and to report to Merit for drug testing when his assigned color, Gold, is called.

**Violation #5:** Matthew Young is considered to be in violation of his pretrial release conditions by using a controlled substance, fentanyl, on or about May 1, 2023.

On May 1, 2023, Mr. Young reported to the probation office as instructed and completed a drug test. This drug test was presumptive positive for fentanyl. Mr. Young denied any drug use. The drug test was packaged and sent to Abbot Laboratory for confirmation and the drug test report was later received confirming a positive result for fentanyl.

**Violation #6:** Matthew Young is considered to be in violation of his pretrial release conditions by using a controlled substance, fentanyl, on or about May 23, 2023.

On May 23, 2023, Mr. Young sent the undersigned officer a text message admitting to having used fentanyl earlier that same date around 2 a.m.

**Violation #7:** Matthew Young is considered to be in violation of his pretrial release conditions by failing to complete a drug test as required on or about May 23, 2023.

On May 26, 2023, Merit staff contacted the undersigned officer and advised Mr. Young reported to Merit on May 23, 2023, when his assigned color was called. However, Mr. Young reported he could not provide a urine sample for drug testing and did not complete the drug test. Mr. Young did not contact the undersigned officer to advise this. The undersigned officer made telephonic contact with Mr. Young that same date on May 26, 2023, and the defendant confirmed he did not complete the drug test at Merit previously on May 23, 2023.

PS-8
Re: Young, Matthew
May 30, 2023
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 30, 2023

by  s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Alexander C. Ekstrom

Signature of Judicial Officer

May 30, 2023

Date